UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 13 AM 10: 18

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) Magistrate Case No. '08 MJ 1487 |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 18, U. S. C., Section. 111 |
| **Priscilla Maria LOPEZ,** | ) Assault on a Federal Officer |
| | ) (Felony) |

The undersigned complainant, being duly sworn, states:

That on or about **May 12, 2008**, within the Southern District of California, defendant **Priscilla Maria LOPEZ,** did forcibly assault, resist, oppose, impede and interfere with Agent Giovanni Consuegra, an agent of the United States Border Patrol, while Agent Giovanni Consuegra was engaged in or on account of the performance of his official duties; a felony, in violation of Title 18, United States Code, Sections 111 and 1114.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Christopher E. Bush
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **13th** DAY OF **MAY, 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Priscilla Maria LOPEZ**

## PROBABLE CAUSE STATEMENT

On May 12, 2008 Agent G. Consuegra and Officer S. Adkins, a Chula Vista Police Officer, both assigned to the Fugitive Task Force, were conducting surveillance activities for an ongoing investigation in an unmarked black Jeep Cherokee on Doubletree Road in San Diego, California. At approximately 10:15 a.m. Agents Consuegra and Adkins observed a black Lincoln Navigator approach the target residence. Agent Adkins was able to obtain the license plate information from the suspect vehicle. Subsequent records checks conducted via Chula Vista Police dispatch on the California license plate revealed that the vehicle had been reported stolen.

Agents Consuegra and Adkins followed the vehicle while attempting to coordinate an enforcement stop with marked San Diego Sheriffs Department units. Before marked units could arrive, the vehicle exited State Route 94 at Millar Ranch Road. Agents Adkins and Consuegra initiated a vehicle stop on the suspect vehicle; however the vehicle fled before Agents could approach the vehicle.

Agents Consuegra and Adkins pursued the vehicle until it came to an abrupt stop approximately two hundred yards from the location of the initial vehicle stop. Agent Consuegra approached the vehicle and yelled "Police, turn off the vehicle!". The driver, later identified as defendant Priscilla Maria LOPEZ, turned the steering wheel to the left and accelerated toward Agent Consuegra. Agent Consuegra, fearing for his life, fired two rounds from his Bureau issued firearm. The suspects then fled again in the vehicle eastbound on Millar Ranch Road. Agents Consuegra and Adkins pursued the vehicle until it came to another abrupt stop.

The defendant and male passenger then exited the vehicle and ran into the surrounding brush. Agents Consuegra and Adkins located the passenger and defendant and ordered the suspects out of the brush.

The defendant and passenger, Sergio Sanchez, were arrested and transported to the San Diego Sheriffs Department Lemon Grove Substation.